# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

**KERRY ZASK and WILLIAM ZASK**

    Plaintiffs,

v.

**KOHL'S CORPORATION,**

    Defendant.

Civil Action No.: 2:25-cv-00948

**JURY TRIAL DEMANDED**

## PLAINTIFFS' FED. R. CIV. P 7.1 DISCLOSURE OF INTERESTED PARTIES

**NOW COMES** Plaintiffs, Kerry and William Zask, and hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. Kerry and William Zask, Plaintiffs, residents and citizens of Center Moriches, Suffolk, New York.

2. Johnson Becker, PLLC, Plaintiff's Counsel, Saint Paul, Ramsey, Minnesota.

3. Anchor Hocking, Inc., potential indemnitor, Columbus, Ohio.

4. Kohl's Corporation, Defendant, Menomonee Falls, Waukesha, Wisconsin.

Respectfully submitted,

**JOHNSON BECKER, PLLC**

Date: July 2, 2025

*/s/ Adam J. Kress*
Adam J. Kress, Esq.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 /612-436-1801 (fax)
akress@johnsonbecker.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of July, 2025, served this document on all counsel of record via ECF/CMS.