# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| **Kerry Zask; William Zask** | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | | |
| v. | | Civil Action No. 2:25-cv-00948 |
| **Kohl's Corporation** | | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Daryl Oestreich, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Kohl's Corporation in Dane County, WI on July 7, 2025 at 3:31 pm at 301 South Bedford Street, ste 1, Madison, WI 53703 by leaving the following documents with Steve Karis who as Customer Service at CT Corporation is authorized by appointment or by law to receive service of process for Kohl's Corporation.

Summons
Civil Cover Sheet
Plaintiffs' Fed. R. Civ. P 7.1 Disclosure Of Interested Parties
Complaint

White Male, est. age 25-34, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=43.0666102,-89.3885049
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Dane County , WI on 7/10/2025 .

/s/ *Daryl Oestreich*
Signature
Daryl Oestreich
+1 (608) 440-5320

Exhibit 1a)

